AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: Mag. No. 21-00030 WRP | Date and time warrant executed: 1/8/21 at 4:55 p.m. | Copy of warrant and inventory left with: via email to Kenneth Hall, attorney for Nicholas Ochs |
|---|---|---|
| Inventory made in the presence of: N/A | | |

**Inventory of the property taken and name(s) of any person(s) seized:**

No items were seized.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII   cc
Jan 12, 2021, 4:46 pm
Michelle Rynne, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/12/2021

_____
Executing officer's signature

Special Agent Heidi Turner
Printed name and title

## ATTACHMENT A

The property to be searched is a black and brown briefcase/laptop bag currently located at the Honolulu, Hawaii Field Office of the FBI. The property is depicted in this photograph:



## ATTACHMENT B

This warrant authorizes the search of the property described in Attachment A for the purpose of determining whether there are any electronic devices, such as laptop computers or tablets, inside, and if so, this warrant authorizes seizing such device(s), as well as any other evidence of violations of 18 U.S.C. § 1752(a) - Unlawful Entry into Restricted Buildings or Grounds.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. Mag. No. 21-00030 WRP
ONE BLACK AND BROWN )
BRIEFCASE / LAPTOP BAG )
 )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Hawaii_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____January 22, 2021_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any duty U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___January 8, 2021, 3:19 PM___                    ___[signature]___

City and state: ___HONOLULU, HAWAII___                    Wes Reber Porter
United States Magistrate Judge